**Order entered January 17, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01508-CV

**ANTIONETTE DIONNE DECKER, ET AL., Appellants**

**V.**

**TIMOTHY DAO, M.D., ET AL., Appellees**

**On Appeal from the 471st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 471-00815-2019**

## ORDER

Before the Court is appellants' January 14, 2020 unopposed motion for an extension of time to file their brief on the merits. We **GRANT** the motion and extend the time to **February 17, 2020**. We caution appellants that further extension requests in this accelerated appeal will be disfavored.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE